NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH EARMAN, (on behalf of himself and all others similarly situated),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5053

---

Appeal from the United States Court of Federal Claims in No. 1:10-cv-00617-LJB, Judge Lynn J. Bush.

---

## JUDGMENT

---

ALAN I. SALTMAN, Smith, Currie & Hancock LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was RICHARD W. GOEKEN. Of counsel was Charles W. Surasky, of Atlanta, Georgia.

SHARON A. SNYDER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR.,

Director, and BRYANT G. SNEE, Deputy Director. Of counsel was JOSHUA SCHNELL, Trial Attorney.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and REYNA, *Circuit Judges*).

## AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 12, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court